

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,063-01

**EX PARTE ERIC BENARD DANIELS, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W87-85661-M(A) IN THE 194TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of credit card abuse and sentenced to imprisonment for five years.

Applicant filed a habeas application in the trial court on October 23, 2015, and the trial court entered an order designating issues on October 28, 2015. The designated issues have not been resolved. The district clerk correctly forwarded the habeas application to this Court. *See* TEX. R. APP. P. 73.4(b)(5). We remand the habeas application to allow the trial judge to complete an evidentiary investigation, resolve the disputed issues, and enter findings, including whether laches should apply.

*See Ex Parte Perez*, 398 S.W.3d 206 (Tex. Crim. App. 2013).

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: July 27, 2016
Do not publish